Decided July 14, 1999

## STATE OF CONNECTICUT *v.* VAN DORSEY

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 502 (AC 17343), is denied.

BERDON, J., dissenting. I would grant certification to appeal on the following issues: Whether the Appellate Court correctly affirmed the trial court's decision denying (1) the defendant's requests for production of the complainant's psychiatric, psychological/social work/therapy records; and (2) the defendant's request for a continuance to permit the defendant to subpoena the out-of-state therapist whose records were sought by the

defendant for purposes of cross-examining the victim regarding her capacity to relate the truth regarding her complaint.

*Melvin A. Simon*, special public defender, in support of the petition.

*Nancy L. Chupak*, deputy assistant state's attorney, in opposition.

Decided July 21, 1999